

RECEIVED

JAN 2 6 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.  1:11-CR-002 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | T. 18, U.S.C., Sec. 922(g)(3) |
| ERIC STEVEN BLEVINS, | ) | T. 18, U.S.C., Sec. 924(a)(2) |
| | ) | T. 18, U.S.C., Sec. 924(d) |
| Defendant. | ) | T. 28, U.S.C., Sec. 2461(c) |

**THE GRAND JURY CHARGES:**

### Count 1
### (Unlawful Drug User in Possession of a Firearm)

On or about October 3, 2010, in and about Pottawattamie County in the Southern District of Iowa, the Defendant, ERIC STEVEN BLEVINS, being at all times material hereto an unlawful user of and addicted to a controlled substance, including marijuana I controlled substance, did knowingly possess, in and affecting commerce, a firearm, that is, a 9mm HighPoint pistol and ammunition.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

### Notice of Forfeiture

Upon conviction for the offenses alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461(c), the firearms and ammunition involved in the commission of said

offense, including, but not limited to, the firearm and ammunition identified in this Indictment.

**A TRUE BILL.**


_/S/_ _____
FOREPERSON


Nicholas A. Klinefeldt
United States Attorney


By:   _S/Stephen Patrick O'Meara_____
Stephen Patrick O'Meara
Assistant United States Attorney