AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br>**ERIC STEVEN BLEVINS**<br><br>Defendant | )<br>)<br>) Case No.  1:11-CR-2 JEG RAW<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ERIC STEVEN BLEVINS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

US MARSHALS. S/IOWA 2011 JUN 20 P 1:50 RECEIVED

WARRANT ISSUED

MARJORIE E. KRAHN, Clerk

By: /s/
DEPUTY CLERK

Date:  06/20/2011

City and state:   Des Moines, IA

Fco. R. Meléndez, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/20/11, and the person was arrested on *(date)* 6/24/11
at *(city and state)* Council Bluffs, IA.

Date: 6/29/11

/s/ SDUSM
*Arresting officer's signature*

Mike Powell, SDUSM
*Printed name and title*