IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:11-cr-00002 – JEG |
| Plaintiff, ) | |
| ) | |
| vs. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| ERIC STEVEN BLEVINS, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, a Preliminary Order of Forfeiture was entered on August 2, 2011; and

WHEREAS, the United States caused to be published on an official Government internet site ([www.forfeiture.gov](www.forfeiture.gov)) notice of this forfeiture and of the intent of the United States to forfeiture of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no one has filed a valid, timely claim and the time to do so has run.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED. AND DECREED that the following property is hereby forfeited to the United States of America:

    a.  Black 9mm HiPoint pistol (Serial No. P103713), magazine and ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED.

DATED this 21st day of November, 2011.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT